UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA ) 
 )
 v. ) Docket Number 24-2094
TRUNG NGUYEN, )
_____Appellant._____)

## APPELLANT TRUNG NGUYEN'S MOTION FOR VOLUNTARY DISMISSAL

**NOW COMES** Appellant Trung Nguyen and hereby voluntarily Moves under Fed. R. App. 42(b) that this instant Appeal be dismissed, as final judgment has not entered in the District Court, and/or is thus untimely.

**WHEREFORE**, and with the consent of the Appellant, the undersigned counsel respectfully requests that this Motion be allowed.

Respectfully Submitted,
Trung Nguyen,
Appellant,
By His Attorney,

/s/ *Bradford Eliot Keene*
Bradford Eliot Keene, Esq.
BBO# 629440; COA# 84382
Law Offices of Bradford Eliot Keene, P.C.
7 Kimball Lane
January 30, 2025    Building B
Lynnfield, MA 01940
781-246-4545
brad@bradlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on January 30, 2025.


/s/ *Bradford Eliot Keene*
Bradford Eliot Keene, Esq.